Same case below, 369 Fed. Appx. 861.

**No. 10-6602. Richard L. Pickett, Petitioner v. Bennie Rollins, Deputy Warden, et al.**

562 U.S. 1016, 131 S. Ct. 535, 178 L. Ed. 2d 394, 2010 U.S. LEXIS 8362.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6604. Reagan Sullivan, Petitioner v. United States.**

562 U.S. 1016, 131 S. Ct. 535, 178 L. Ed. 2d 394, 2010 U.S. LEXIS 8331.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-6606. Lorenzo Deshon Stephens, Petitioner v. United States.**

562 U.S. 1016, 131 S. Ct. 536, 178 L. Ed. 2d 394, 2010 U.S. LEXIS 8435.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 295.

**No. 10-6610. Robert E. Terrell, Jr., Petitioner v. Mary Berghuis, Warden.**

562 U.S. 1016, 131 S. Ct. 536, 178 L. Ed. 2d 394, 2010 U.S. LEXIS 8428.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-6628. Jessee Dane Cox, Petitioner v. United States.**

562 U.S. 1016, 131 S. Ct. 536, 178 L. Ed. 2d 394, 2010 U.S. LEXIS 8400.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 234.

**No. 10-6629. Jamont DuBose, Petitioner v. United States.**

562 U.S. 1016, 131 S. Ct. 536, 178 L. Ed. 2d 394, 2010 U.S. LEXIS 8456.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

Same case below, 579 F.3d 117.

**No. 10-6630. Jaime Avelar Castro, aka Jaime Avelar-Castro, Petitioner v. United States.**

562 U.S. 1016, 131 S. Ct. 537, 178 L. Ed. 2d 394, 2010 U.S. LEXIS 8379.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 378 Fed. Appx. 314.

**No. 10-6631. Peter M. Espinosa, Petitioner v. United States.**

562 U.S. 1016, 131 S. Ct. 537, 178 L. Ed. 2d 394, 2010 U.S. LEXIS 8421.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 383 Fed. Appx. 426.